James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

08 CV 02359

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>           Plaintiff,<br><br>    -against-<br><br>ASIABULK INC. a/k/a ASIA BULK INC. and IMC SHIPPING CO. PTE. LTD.,<br><br>           Defendants. | 08 Civ.   (   )<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES <u>OF CIVIL PROCEDURE</u>** |

    I, James H. Hohenstein, attorney for Plaintiff James N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust having filed an initial pleading in the above captioned matter, make the following disclosures to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Neither Oceantrade Corporation Liquidating Trust nor Oceantrade Corporation has any corporate parents. In addition, neither entity is publicly traded or has shares that are owned by publicly traded companies.

Dated: New York, New York
       March 5, 2008

                          HOLLAND & KNIGHT LLP

                          By: _____
                                James H. Hohenstein
                                Lissa D. Schaupp
                                HOLLAND & KNIGHT LLP
                                195 Broadway
                                New York, NY 10007-3189
                                (212) 513-3200
                                Telefax: (212) 385-9010
                                E-mail: jim.hohenstein@hklaw.com
                                               lissa.schaupp@hklaw.com

                                Attorneys for Plaintiff,
                                *James N. Hood as Liquidating Trustee*
                                *of the Oceantrade Corporation*
                                *Liquidating Trust*

# 5167374_v1