1 No

LEISURES

nes H. Hohenstein
sa D. Schaupp
ULLAND & KNIGHT LLP
5 Broadway
New York, NY  10007-3189
(212) 513-3200
Telefax:  (212) 385-9010
E-mail:  jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES L. HOOD AS LIQUIDATING TRUSTEE
OF THE OCEANTRADE CORPORATION
LIQUIDATING TRUST,

                    Plaintiff,

        -against-

ASIABULK INC. a/k/a ASIA BULK INC. and
IMC SHIPPING CO. PTE LTD.,

                    Defendants.

08 Civ. 2359 (PKL)

**ORDER FOR ISSUANCE
OF A WRIT OF
ATTACHMENT
AND GARNISHMENT**

MICROFILMED

MAR 1 1 2008 -9 00 AM

        **UPON** reading the Verified Complaint for issuance of process of maritime attachment

and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the

affidavits and papers submitted in support thereof, and the Court finding that the conditions for

an action under Supplemental Rule B appear to exist;



**NOW**, upon motion of Holland & Knight LLP, attorneys for Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of $60,326.80 against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of Asiabulk Inc. a/k/a Asia Bulk Inc. and/or IMC Shipping Co. Pte. Ltd., by any garnishee within this district, including, *inter alia*, funds or accounts held in the name(s) of Asiabulk Inc. and/or Asia Bulk Inc. and/or IMC Shipping Co Pte. Ltd. with the following financial institutions:

ABN Amro Bank

American Express Bank

Banco Popular

Bank of America, N.A.

Bank of China

Bank Leumi USA

The Bank of New York

BNP Paribas

Calyon Investment Bank

Citibank, N.A.

Commerzbank

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

Standard Chartered Bank

Société Générale

UBS AG

Wachovia Bank, N.A.

China Trust Bank

Great Eastern Bank

Industrial Bank of Korea

Nara Bank

Shin Han Bank

United Orient Bank

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including $60,326.80, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served; and it is further

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day; and it is further

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

4

Dated: New York, New York
     March *10*, 2008

SO ORDERED

_____
                  U.S.D.J.

# 5116680 v1

5