JUDGE LEISURE

James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
Telefax: (212) 385-9010
E-mail: jim.hohenstein@hklaw.com
        lissa.schaupp@hklaw.com

08 CV 02359

Attorneys for Plaintiff,
James N. Hood as Liquidating Trustee of the
Oceantrade Corporation Liquidating Trust

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES N. HOOD AS LIQUIDATING TRUSTEE OF THE OCEANTRADE CORPORATION LIQUIDATING TRUST,<br><br>       Plaintiff,<br><br>       -against-<br><br>ASIABULK INC. a/k/a ASIA BULK INC. and IMC SHIPPING CO. PTE. LTD.,<br><br>       Defendants. | 08 Civ.     ( )<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR AN ORDER APPOINTING PERSONS TO <u>SERVE PROCESS</u>** |

STATE OF NEW YORK    )
                    ) ss:
COUNTY OF NEW YORK   )

     James H. Hohenstein, being duly sworn, deposes and says:

     1.     I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff James

N. Hood as Liquidating Trustee of the Oceantrade Corporation Liquidating Trust ("Plaintiff"),

and I am duly admitted to practice before the United States District Court for the Southern District of New York.  I am fully familiar with all the facts in the above case.

2.      This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint and Affidavit in Support on the Garnishees.

3.      The granting of this request will result in a material savings in process and travel expenses.

WHEREFORE, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

James H. Hohenstein

Sworn to before me this
_5th_ day of March, 2008

Notary Public

# 5173892_v1

DIALYZ E. MORALES
Notary Public, State Of New York
No. 01MO6059215
Qualified In New York County
Commission Expires June 25, 2011